David Abrams, Attorney at Law (DA-8126)
299 Broadway Suite 1700
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Eastern District of New York

_____

|  |  |  |
|---|---|---|
| Y. Strohl, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | No. 08 cv 259  (RML) |
| | ) | |
| Brite Adventure Center, Inc. a/k/a | ) | |
| Bright Beginnings Pre-School & | ) | |
| Adventureland Child Care Center, Inc., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____)

### Declaration of David Abrams in Support of Application for Attorneys' Fees

**I.      Introduction**

1.      I am attorney for the Plaintiff in the above-referenced matter.  I am a solo

practitioner in the City of New York and I make and submit this declaration in support of

plaintiff's application for attorneys' fees and costs following the entry of judgment in this

matter.

2.      This action was brought against the Defendant of various statutes including the

New York Labor Law regarding unpaid wages.  Thus, I am making this application

pursuant to New York Labor Law Section 198 which provides that " In  any action

instituted in the courts upon a wage claim by an employee or the commissioner in which

the  employee  prevails,  the  court  shall allow  such employee reasonable attorney's fees

. . . ."

3.      Although the bulk of my time spent in prosecuting the case was spent on my

client's discharge claims (upon which my client did not prevail), I have reviewed  my

contemporaneous time records and I am respectfully requesting that the Court allow

$1203.00 in attorneys fees and costs as set forth below.

## II.      My Background

4.      I received a BS in Applied Mathematics from Stanford University in 1992 and a

JD from Columbia Law School in 1997.  I was admitted to practice in New Jersey in

1997 and subsequently admitted in New York.  I worked as an associate with major

international law firms from 1997 to 2002 and have substantial experience in federal

litigation.  Since 2002 I have worked as a solo practitioner, practicing primarily in the

area of labor and employment law and have prosecuted numerous wage and hour cases.

## III.      The Litigation of this Matter

5.      I have worked on this matter since approximately 2007 when I was retained by

my client, Ms. Strohl.

6.      I have reviewed my contemporaneous time records and I believe it would be

reasonable to attribute 40 minutes of attorney time to my client's wage claim.  In

particular, my time records disclose two items which I submit are relevant here:

Dec-30-08      Draft opposition papers re: motion for summary judgment (3.1);

Jan-04-09      Meet with client and prepare opposition papers including Strohl
                      Affidavit (4.6).

7.      Of the 7.7 hours disclosed above, I would estimate that approximately 40 minutes

was spent on my client's wage claim.

8.      I am also respectfully requesting an additional 20 minutes for time spent

preparing this Application, for a total of 1 hour.

9.       I have extensive experience prosecuting wage and hour cases.

10.      I believe that $300 per hour is reasonable given my extensive experience and

qualifications.  Thus I am seeking $300 in attorneys fees.

11.     I am also seeking $903 in disbursements - the initial filing fee and the fee for an

interpreter for my client at trial.   Documents substantiating these disbursements are

attached hereto.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

/s/ David Abrams (DA-8126)

David Abrams, Attorney at Law
Attorney for Plaintiff
        Y. Strohl
299 Broadway, Suite 1700
New York, NY 10007

Dated: September 16, 2010
New York, New York

A062 SWEDA
(Rev. 4-90)

**ORIGINAL**                    348388

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at   BROOKLYN

Fund
6855XX    Deposit Funds
604700    Registry Funds
          General and Special Funds
508800    Immigration Fees                    01-17-2008(THU)   02:10 Pm
085000    Attorney Admission Fees                              015409
086900    Filing Fees                  DRAW 1
322340    Sale of Publications         Receipt#348388
322350    Copy Fees
322360    Miscellaneous Fees
143500    Interest                     CIVIL FILE F 1/2      60.00
322380    Recoveries of Court Costs      .. # 086900
322386    Restitution to U.S. Government CIVIL FILE F 1/2     190.00
121000    Conscience Fund                .. # 510000
129900    Gifts                        CIVIL FILE FEE        100.00
504100    Crime Victims Fund             .. # 086400
613300    Unclaimed Monies             CHK#                    1681
510000    Civil Filing Fee (1/2)       TOTAL--»            350.00
510100    Registry Fee                 CHECK               350.00

CASE REFERENCE: *08 CV259*

RECEIVED FROM *David Abrams*

*CW case*

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.



# Legal-World
## *Interpreting*
www.lwinterpreting.com

ID# 13-3716338

Invoice 101789-0110M01

January 19, 2010

Bill to:  DAVID ABRAMS, ESQ.
          299 BROADWAY
          SUITE 1700
          NEW YORK, NY 10007

In the matter of:  STROHL  -v-
                   BRITE ADVENTURE

LWA-23050

DEPOSITION taken at FEDERAL COURT US EASTERN DISTRICT OF NY,
225 CADMAN PLAZA EAST, BROOKLYN, NY, ,  on January 13, 2010 .

For  Spanish  interpreting  by  PAULA PIZZI:

   Interpretation for YAJAIRO STROHL.

7.0 hours                                          553.00

                              Invoice total:       553.00

called 1/22/10
spoke to Angel
gave Avery
Appr 194158
$553.00

**Please return copy of bill with
your remittance. Include invoice
number on check:**

**Inv. # 101789-0110M01**

Worldwide Languages / Nationwide Coverage

120 Broadway, 11th Floor • New York, New York 10271 • 800.254.7891 • 212.766.5900 • Fax 212.766.5905